UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KING COMPANY, LTD. PARTNERSHIP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6063** |
| **CATASTROPHE CLEANING & RESTORATION CO., INC.** | **SECTION "K"(3)** |

## ORDER AND REASONS

Before the Court is an Opposed Motion to Continue Trial on Behalf of Catastrophe Cleaning & Restoration Company, Inc. ("Catastrophe") (Doc. 33).  This matter was originally set for trial on May 4, 2015.   On April 9, 2015, the Court continued the matter to August  because of a conflict in its schedule that being the 2015 Judicial Conference for the Fifth Circuit which was scheduled at the same time.

On April 24, 2015, the original counsel for this case was suspended.  As such, there were four months remaining before trial at the time of the disqualification.  On May 15, 2015, present counsel for Catastrophe was designated as lead counsel.  He is a member of the same firm and has been listed on the pleadings including a Motion to Dismiss which was filed on January 14, 2014.

This matter concerns a claim for $114,066.90 arising out of defendant's failure to pay for certain drywall work performed through April of 2013.  This suit was filed on October 7, 2013.  It has been pending for more than a year and a half.  This case is to be tried to the undersigned; it is designated as a non-jury trial.  The Court is convinced that there is more than sufficient time for counsel for the defendant to prepare for trial.  As such, a sufficient showing has not been

made by defendant's counsel to justify another continuance in a matter of this limited size. This case does not pertain to voluminous documents or highly involved technical matters. It is a contract dispute, and counsel shall be prepared for trial as scheduled. Accordingly,

**IT IS ORDERED** that the Opposed Motion to Continue Trial on Behalf of Catastrophe Cleaning & Restoration Company, Inc. (Doc. 33) is **DENIED**.

New Orleans, Louisiana, this 17th day of June, 2015.

**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**